UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-9-9H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURTIS BOONE | ORDER |

Before the court is defendant's motion to file docket entry number 770 under seal pursuant to Local Criminal Rule 55.2. For the reasons stated in defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 770 shall be filed under seal.

SO ORDERED.
This the 13^7th day of June 2017.

MALCOM J. HOWARD
Senior United States Judge